NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000246**
**09-NOV-2012**
**08:36 AM**

NO. CAAP-12-0000246

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
JASON LEE PIPER, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1DTA-11-057850)

ORDER DISMISSING APPEAL PURSUANT TO STIPULATION TO DISMISS APPEAL
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal entered into by Michael J.Y. Wong, counsel for Defendant-Appellant Jason Lee Piper, and Loren J. Thomas, Deputy Prosecuting Attorney, the Declaration of Defendant-Appellant Jason Lee Piper, the papers in support, and the records and files herein, it appears that Defendant-Appellant has a knowing and intelligent understanding of the consequences of the dismissal of his appeal and voluntarily consents to the withdrawal of his appeal, and that both parties agree to bear their own costs and fees.

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b) and (c).

DATED: Honolulu, Hawaiʻi, November 9, 2012.

Presiding Judge

Associate Judge

Associate Judge